**STATE of Missouri, ex rel. Jeremiah
W. NIXON, Attorney General, State
of Missouri, Respondent,**

v.

**Paul CLARK, Appellant.**

**No. WD 68172.**

Missouri Court of Appeals,
Western District.

Jan. 15, 2008.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 4, 2008.

Application for Transfer Denied
June 24, 2008.

Appellant acting pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Paul Harper, Asst. Attorney General, Jef-
ferson City, MO joins on the briefs for
Respondent.

Before RONALD R. HOLLIGER, P.J.,
HAROLD L. LOWENSTEIN, and
JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM.

Paul Clark appeals the circuit court's
grant of summary judgment in favor of the
State of Missouri on its claim for incarcer-
ation reimbursement from him.

Having carefully considered the conten-
tions on appeal, we find no grounds for
reversing the decision.   Publication of a
formal opinion would not serve jurispru-
dential purposes or add to understanding

gal file.

of existing law. The judgment is affirmed. Rule 84.16(b).